Case number 16-702, Malal Kifafi v. Hilton Hotel Retirement Plan at Elk. Mr. Bruce for the appellate, Ms. Melwood for the appellate. May it please the Court, I'm Stephen Bruce and I represent the plaintiff class in this case. This action was brought by Jamal Kifafi who was here in the District of Columbia and worked for Hilton at the Washington Hilton and the Capitol Hilton. After 12 years of litigation, we secured a judgment, not a settlement, we secured a judgment from the Court which provided for permanent nationwide injunctive relief to redress over two decades of violations of ERISA's benefit accrual investing rules. Those violations have affected over 20,000 current and former Hilton employees. But Hilton has, based on the last records that we have received, that Hilton has still not paid over 8,500 of those current and former employees. Almost all of the people who haven't been paid are former employees. But the District Court has closed this case out without any continuing supervision and without any accounting. There's no... Let's just be clear on what the District Court has done and what it hasn't done. It didn't vacate the injunction, right? Right. The injunction will remain in place and you can seek contempt for violation of that court order, right? Even without the court exercising supervisory jurisdiction, you still have an order in effect that you can enforce through contempt proceedings. I think that we can also seek to reopen the case for continuing supervision and for an accounting. I just want to be clear on what's happening here, sir. You agree with me, right, that the order is in effect and you can seek the normal, I guess, options that you have for violation of a court order? Yes, Your Honor, but I think the first step would be to seek an accounting. Well, the issue is that the District Court exercised its discretion to say, you know, here's what I'm going to exercise, continuing exercise my jurisdiction over and what I'm not. And that's the question before us. You still have an order that you can enforce if it's not being complied with, right? Yes, but, Your Honor, I think that what the accounting allows is that the accounting allows you to say, these are the gross benefits that are unpaid. Okay, did you ask for an accounting, did you ask the District Court to conduct an accounting? Yes, we asked for a compliance. Where is that in the record? We repeatedly asked for compliance reports from the District Court, including all supporting data. And the District Court had listed all the things that we had asked for. So you're not objecting to turning down an accounting, you're just objecting to turning down those requests? Or are you objecting to turning down an accounting, which is it? Yes, we're objecting to turning down an accounting, which is the same as those requests. I think maybe this is easily resolved. Did you ever use the word accounting in the District Court? Yes. When was that? Can you tell us the page? Yes. It's docket number 242. Which page is the joint appendix? It's not in the joint appendix, it's docket number 242. I guess I'm confused. If your complaint in this court is that the District Court denied you an accounting, you would think the first thing you would do is put that material in the joint appendix. Why isn't it in the joint appendix? Because the term that we used was compliance report. So you didn't use the word accounting? No, we did use the word accounting in docket number 242, but generally we used compliance report with all the supporting data. We asked for verified reports from Hilton with all the supporting data. What's docket number 242? It's a brief on unresolved remedial issues, and it's at pages 22 through 23. What's the date? It's April 11, 2011. We cited the Cobell case for that. But you didn't cite it for the purposes of accounting, did you? Yes, we did cite it for the purpose of accounting. Can you read the sentence and what you say about the Cobell case? We said that the Cobell case provided for accounting. Could you read the sentence of docket number 242, which I obviously don't have because you didn't give us the joint appendix. Can you read it to me now? I don't have it in front of me, but I've read it recently, and it refers to an accounting that Cobell provides for an accounting. But the term that we used, I think, is the more modern term, is to ask for a compliance report. That's what the restatement third of trust says that the terms are interchangeable. So you're basically asking, you were asking in the district court, and you're asking with slightly different packaging before us, for a factual basis of Hilton's claims that it has complied that is sufficiently concrete that you can check it. Yes. So you want something that allows your role in the adversary process to have traction. It's information. Tell us who, where, what, when, and how much, so we can do something other than just take on faith what Mr. Hernandez has said in his declaration. That's what you've been asking for all along, and that's what you're asking for now. Absolutely, Your Honor. An accounting, I think the thing here is that these are, the defendants are fiduciaries, and an accounting is the classic request for fiduciaries. And the modern terminology is compliance report or certification, but it's the same thing. So you don't care what we call it. You just want to get some kind of more concrete compliance reporting. We want to get information where we can help with the process to make sure that additional people are paid, and we want to get the information that shows who has been paid so that we can see the progress towards compliance with this permanent injunction. The district court's opinion of February 2015 says, the defendants provided directly to plaintiff's counsel a summary categorization spreadsheet detailing participant by participant which class members had been paid increased benefits or sent notices of increased benefits, including how much they were paid to each participant. Is that what you were asking for? Right. We were asking to continue to receive that information. But you did get that. We didn't get it. You did get it. It stopped. You're asking for a continuing state. It's not that you never got it. Right. The accounting that we got brought us up to early 2015, and that's what shows that there are still 8,500 people who are unpaid. So we have a permanent injunction requiring those benefits to be paid. It didn't have any equivocation. It said that all benefits were to be increased within 90 days of the attorney's fee decision, which brought us to sometime in early 2014. That's the permanent injunction. That implementation of that is subject to fiduciary duties because Hilton is a fiduciary. It's also subject to fiduciary duties because someone who's been enjoined. Explain to me how, even if we assume for the sake of argument, that you requested an accounting. Explain to me what was the abuse of discretion. The abuse of discretion was the reason why the judge turned down continued reporting was because the judge said that the amount of paid and unpaid benefits wasn't relevant. That the judge was seeing substantial efforts by Hilton within a limited time period, and that somehow the amount of benefits paid and unpaid wasn't important. And that's the central part of the injunction, and it's the central part of an accounting. So that was the abuse. So it seems like her approach was to require certain processes, do these number of searches for this remaining time, and then we'll deem that to be sufficient. And your perspective on that is that that's not adequate. Why? That's not adequate because the things that the court ordered did not really change the overall results very significantly. You know, practically all of the things or all of the things that the district court ordered were good instructions, but it didn't change the bottom line. And the bottom line is the injunction. The bottom line is the people. But I take it that it's not your position that the injunction could be or has to be 100% fulfilled. There are going to be people who can't be found with all reasonable diligence. Some number. I think that has to be documented. One of the things that – but what case – I'm sorry. Answer Judge Brewer's question. So you're saying that when you – that hasn't been documented, even though the district court seemed to think it was. She thought telling them, do searches every other month with this court-approved search firm and then do it in six months and then do the last one in a year. Your view was that you need some window into what was done and what wasn't done in order to be able to determine whether you think that was everything that needed to be done. And you didn't have that window. You were just told by their. Right. The thing that, you know, is developing recently is the thing of missing participants is what the term that's being used is a nationwide problem. And it's a super problem in this case. But there's been a GAO report in early January on this, a GAO report, 18-19. There was a settlement that was announced yesterday at MetLife They paid $189 million because of missing participants. So can you tell us – I know your position is that your information is somewhat limited, but you mentioned this number, 8,500. Can you characterize those and tell us in which of the buckets of, as Hernandez and the district court described, those fall? Are these part of the 5,600 whose claims have not yet become payable? Or are they others? Are they overlapping with that? Tell us what you know and where in the record you know it about these shortfalls. We had about 2,000 people who were unlocated. Over the course of 2016 and 2017, we retained class action administrators and did mailings to confirm the addresses of close to 1,000 of those people. We gave those addresses to Hilton. They only announced that they were about to conduct a mailing after we notified the court that they were not cooperating. So that's a tranche of 2,000 of whom we supplied confirmed addresses, not just addresses that we had found. We got pieces of paper back from each of those people confirming that this was their address, and that information was not used. The people that – It has now been used except for with respect to a certain subset? What we heard was that they were in the process of doing a mailing to those people. We never got any results from that, and when you look at the 10-K report that we cited in the briefing, there is no noticeable uptick. In fact, there was a downtick in 2017 when we were supplying that information. There are – of the people with the deferred benefits, close to 4,000 of those people are now eligible for benefits, but we have no records of those people being paid. So if they cannot be paid immediately, the court needed to retain jurisdiction to supervise their being paid when they did become eligible. It doesn't mean that the court has to devote 10 or 15 hours a week to this. It just means that the court has to be requiring reports. What's your best case for us finding an abuse of discretion of the court's broad kind of equity remedial authority here? The – is that the court said that it was giving up jurisdiction and that we could only get it back under the standards of Rule 60B, and that is not the case, that the court has the inherent authority to exercise jurisdiction – supervisory jurisdiction over an injunction for the life of the injunction, and the court cannot limit itself and then make the case subject to a 60B standard for relief from a judgment, that it has to remain subject to the court's discretion in that discretion. What case from our court or the Supreme Court or any court stands for the proposition you just made? We cited Brown v. Plata. We cited Cobell. Cobell? I mean, Cobell has the – I think what Judge Wilkins is asking for is a case in which the district court gave up jurisdiction and reordered them to reinstate jurisdiction. What case did that happen? In what case did that happen? I'm not sure that I have a case. Most of the cases the court exercises the continuing jurisdiction. Most of the cases are ones where a party wants them to give up jurisdiction, and the court refuses and the Supreme Court or our court discusses whether that's possible. Can you think of a case in which a court has done what this district court did and where the district court was reversed? Well, the case that we cited that Judge Hovell dealt with, that they were trying to get the 60B standard applied, and Judge Hovell rejected that on the basis that 60B does not apply to retaining, to continuing jurisdiction or to – I'm still asking. What I'm asking, just to – I'm not being clear. A case in which an appellate court has reversed a district court for giving up jurisdiction. I'm not sure that I have one, Your Honor, but I don't think that means it doesn't exist. Because I think we were looking for the principle, and the principle is that the district – I understand the principle, but I'm just asking if there was a case. I guess the answer so far is we don't know one. Now, what is the difference between a district court having an injunction, and if it's violated, you coming back in and asking for contempt? I think everybody acknowledges it's still available here, versus continuing holding on to jurisdiction. In my mind, well, it has to do with proceeding of trying to make this work, which is what we've tried to do all along, that it's not trying to get someone held in contempt, that we're trying to get this done, and we're trying to use accounting for that, which is what happened in Cobell. So it's – I mean, I guess one issue is – one way to read what the district court did was to say not only I'm not retaining active supervisory jurisdiction, but I think that Hilton has done all it needs to do. It's done with – other than paying the people that it's identified and for whom there are benefit shortfalls, which it has to do with any retiree who's entitled to pension benefits. But one way of reading her order is that they've discharged their responsibility. And so to what extent is your appeal – has your appeal challenged the order on that ground, or do you disagree with me that that's how Hilton may be characterizing the order? I mean, we can ask them. I think that's how they're characterizing the order. I think that what happened was the district court had a motion to release the supersedious bond before the court. And Hilton produced evidence that, in the court's mind, showed that Hilton was making substantial efforts up until that point. And the court decided that that was sufficient to release the supersedious bond and used the word compliance when, in context, what compliance is referring to is substantial efforts for a limited period of time, not that the judgment has actually been fulfilled. And the court recognizes that it hasn't been fulfilled because it keeps making very limited exceptions and keeps reiterating that Hilton has the continuing obligations under the injunction. So the injunction clearly hasn't been complied with, and this district court would never make that mistake. Where do you think she's clearly expressed that they have ongoing obligations to search for and identify beneficiaries beyond the last specifically ordered search, which was at the end of 2017? The language in the 2017 order was also in the December 2015 order, saying that Hilton had continuing obligations to people who have been identified  And so that indicates that the permanent injunction is ongoing. The district court doesn't believe that the permanent injunction has been discharged. But when she says, just to push back on that a little bit, and I'm looking at JA 132 in the December 2015 opinion order, that the termination of the search requirement does not modify defendant's obligations to class members or beneficiaries who have already been identified. So that would just be their obligations as ERISA plan manager, or who will be identified by other means in the future. What's your understanding of what other means specifies? Other means other than they're doing searches, no? Like you bring them. There's processing, that people respond and then they get processed. And particularly if the class member is deceased, people have to be confirmed. In other words, if there's out there a notice that then comes back in some form, they would have an obligation to deal with that. Right. So my understanding of this is it isn't referring to just you have the obligation in general. This is referring to that Hilton has a continuing obligation to comply with the permanent injunction. That's what we asked for to get this language. So we kept saying that at the very least. But, sir, any permanent injunction can apply into the future. It can apply for decades into the future. Right. That doesn't mean that the court has to, if it has a term like that, exercise supervisory jurisdiction and continue to hold status hearings and compliance reports, et cetera, in the case forever. Those are two different things. Well, I think in those kind of cases, when something comes up, you reopen. So there was an example of this is the air traffic controllers had sick outs back in the 1970s, and there was a permanent injunction issued against those because it was an illegal strike. And so when they started doing sick outs again in the 1980s, the FAA or whoever goes back into that same district court and says, you've got an injunction against their doing this. And the district court reopens the matter to handle that. That's my point, is that the district court has discretion as to whether it wants to keep the case open or close it and have the party, if they believe that there's noncompliance, seek to either reopen the case or have the noncompliant party held in contempt. But in this case, the process of complying was ongoing. So that, like with the sick outs, when that— But that's a determination that the district court inherently has the discretion to make. But this district court made it on the basis of Rule 60B. It specifically said that we did not meet that high bar. The court did not consider the factors in Brown v. Plata and Cobell that are cited about continuing jurisdiction to achieve the purposes of the injunction. And, I mean, I think one of your responses has to be contempt is not going to be enough because we need to be able to have access to the information to assess how far they've gone, how fully Hilton has, in fact, you know, fulfilled its responsibilities under the injunction. If you had access on an ongoing basis to the kind of compliance information that you've been seeking, we found this person, we've done these three things to look for this other person, we've contacted this beneficiary at this address, you know, six months ago with no response, then you would have a better sense of why the shortfalls, what has been done, whether that looks like a reasonable effort, and with others whether nothing has been done and whether you could then go into court on the ones where nothing has been done and say to the judge, look, this kind of looks like contempt or not. So it feels to you, I think, like a blunt instrument to say you have a contempt opportunity when much less intrusive efforts to prod Hilton are what you're looking for. Is that right? Yes. I think in the legal scholarship and all, the phrase that was used was, you know, that the accounting allows you to find out what is known to the fiduciary but unknown to you as the beneficiary. And so we're representing the beneficiaries who do not have all this information. Hilton has the information. To the extent that we have information, we don't see any payments coming out. Right. And you as counsel, I'm sorry, I didn't mean to interrupt you. Go ahead. We're providing. And we're providing close to 1,000 addresses with people due close to $15 million in benefits. We don't see anything coming out, and we don't get any cooperation from Hilton. Once that court supervision ended, once the court announced that it was giving up supervisory jurisdiction three weeks after it issued that order, the cooperation from Hilton evaporated. It only comes about because the court is present. And you made that argument to the district court. Yes. And the district court found against you. The district court found against us for the wrong reasons, under Rule 60B, and because the district court said that the amount of unpaid benefits is not important, that we're just looking for sufficient efforts. And Cobell directly rejects that. Cobell has. There were diligent efforts by the Department of Interior to do an accounting, and the court said, that's not enough. I mean, we're glad that you're making diligent efforts, but you've got to do the accounting. That was a statutory accounting. The court's decisions were based on statutory and the equitable accounting. It was based on Bogert, and it was based on Court of Claims cases about equitable accounting. Was that our court or the district court? Our court. Yes. In the 2009 and the 2001 decisions. And did it require the district court to do this, or just affirm that the district court could do this? I think it used the principles of equitable accounting to, that in some ways, that provided more than the statutory duties. In some ways, it provided less, but it definitely was an independent ground. I mean, the surprising thing in doing this was, I mean, the court cited Bogert and the Court of Claims case, and there were all these district court and circuit court decisions about accounting. That it somehow, I think that, you know, when we merged law and equity, that some of that history got lost. Mr. Bruce, in 2010, the district court said that it was not inclined at this point to appoint a class action administrator, which I gather was something that you had requested. Yes. Although the court said it shared your concern that the court should not rely unilaterally on Hilton to implement the remedies, given its history of violations, but the court seemed to think that the parties would be able to agree on the calculations and that that could be incorporated into a final judgment. It turned out to be more complicated than that. My question is, did you ever renew the request for a class action administrator, or is the request now for compliance reporting kind of the do-it-yourself substitute for that? I think it was. I don't think that we kept asking for the. . . I think we did ask once more, but then we went along with what we could get. And so we tried to work with the information and to help Hilton with getting people paid. So is the general point at a kind of more higher level of generality that you're asking for some adversary process to be available over the fact questions about whether and to what extent Hilton has complied, that there needs to be some way for you to participate meaningfully in testing what Hilton has proffered in terms of compliance? There just needs to be some. . . It can't be a one-sided process. It has to be that plaintiff's counsel can be. . . class counsel can be engaged. Well, I think it is stated in Covell that an equitable accounting doesn't have. . . calling in Arthur Anderson and following GAP principles. It's different. And in Covell, there were adjustments made because if they had followed GAP principles, it could never have been done. So I think that there is discretion for the district court, but there's not discretion to just ignore the accounting. And I think what the accounting gives you is. . . And when you say accounting, I'm just trying to. . . And as I read your brief, and maybe you're saying something. . . Maybe you're correcting me today. But as I read your brief, you were asking for, under one name or another, access to information that was sufficiently concrete about efforts to find people and specific decisions to calculate and be prepared to pay their benefits that would allow plaintiff's class counsel to either find that to be satisfactory or not and push on behalf of the class for greater efforts. And I gather that you had some concern about the adequacy of Hilton's efforts when you went and were able to verify upwards of 900 addresses and actually get contact with people who they said were unfindable. Yes, yes. I mean, I've done these cases. We did a case that the very end of it was before Judge Boasberg where we got a $1 billion case with the PPGC where we got 96% of the retirees paid. And we didn't even have Social Security numbers for a lot of them. But we tracked them down. So with cooperation, this case, there might be a handful of people who couldn't be paid, but it's very small. What's happening here is, you know, somebody, we locate people. They don't get contacted. They don't get processed. People respond. There's some, you know, maybe they didn't get a notary to witness something. It gets dropped. That's what happens. It isn't just a matter of locating people. It's when people respond that they don't get processed through. And if you had a real fiduciary duty, that's not what people wouldn't put up with that. A real fiduciary would say, I can pay these people. And I've got a helper here. I've got this class counsel who are willing to help find people. That's a bonus. Instead, here we have people who are uncooperative. They do not respond. And they follow the history of 20 years of violations. So, sir, if those 900 and some close to 1,000 people you located never were contacted by Hilton, then that would be a violation of the injunction, right? You have the information for those people. You could contact those people and find out what Hilton has done with respect to contacting them and what they have. And if Hilton hasn't complied with their obligations for those people who you specifically told Hilton about, you could go back to the court with a motion for contempt and then seek an accounting and seek anything else you want, right? I guess, Your Honor, the way I see it, and maybe I'm wrong on this, but the way I see it is that an accounting is easier to do because what you show is the gross of the burden to the fiduciary to show why those gross amounts haven't been paid. I understand that, but can you answer my question, which is that if for these people who you have identified to Hilton, if you go back to those people now and find out that Hilton hasn't properly contacted them, you can seek contempt and seek as a remedy an accounting or anything else. Isn't that available to you right now? I think we would get tremendous pushback on, you know, each on the examples that we showed that they were trying to show that there was some reason and that we couldn't prove that they were in contempt, whereas I think we can easily show that there should be an accounting and that accounting gets us more information where we can move for contempt if that's necessary. Now, Hilton argues, Mr. Bruce, that you need to make a showing of noncompliance in order to be entitled to whatever you call it, post-judgment discovery and accounting, compliance reporting, the kind of information that you're asking for, that would give you traction to participate. Hilton says, yeah, there's some law saying you can get that, but in order to get that, you need to make a showing of noncompliance. And in their view, the district court has said, no, full compliance, you're fine. So if we were to agree with Hilton that a showing of noncompliance is a predicate to your getting more information, be it discovery, compliance reporting, and accounting, whatever title you want to give that, what is your case that Hilton is in noncompliance? Just each element of it. What are you relying on to be so confident that they're in noncompliance? Well, going back, my understanding from, like, the Tapert's case is that what you show, when somebody has fiduciary duties, you show that the money hasn't been paid. But the money, the district court said the money was an estimate. Everybody understood it was an estimate. And maybe it's an overestimate. Maybe more of these people, you know, left the country, died, don't care. I think, again, Your Honor, she was referring to the motion to release the supersedious bond and that there were estimates of how much could be paid in the first year. And so she was dismissing those as just estimates. She wasn't dismissing the $146 million or the individual. There's a spreadsheet that Hilton itself filed that has all of the amounts for these people. It's all been calculated according to formulas that were specified by the district court. So there's no question that the benefits haven't been paid. There's no recalculation of those benefits. Right, so the shortfall, as I understand it, is in finding the recipients. Is that right? Not in calculating the amount, but in finding the recipients and maybe with the vesting a little bit in calculating the amount. No, it's finding and processing. Right, finding and processing. And so I'm asking you, to the extent that finding and processing has not been done, you mentioned the $8,000. You mentioned the $1,000. Who are the $8,000 that you say, when you opened your argument, you said $8,500 have not been paid? It's based on the records that we got from Hilton before they stopped providing any records. Right. We have the list of 20,600 people, and we have a list of all the people who have been paid. And I think that Mr. Hernandez says 5,600 had not been paid because they weren't yet in pay status. 1,874 hadn't responded, so they didn't have full information. Some had no identified address. Another 1,400 hadn't responded, and some were having their status as beneficiary confirmed. So they've given some description of what is going on there. The biggest group, the 5,600, actually consisted of over 4,000 people who had unconfirmed addresses. So they don't have any idea whether or not those notices were received by people. And then the second big fault in that is that of those people who were entitled to deferred benefits, we not only don't know whether they've been contacted. Hilton also broke the rules on notifying the IRS and the Social Security Administration about those benefits. And of those people, that close to 4,000 of them are now eligible for benefits. But there's no indication that they've been paid. So a lot of those people were very close to eligibility, and they're saying, oh, well, they're not eligible now. Well, they have to be eligible sometime. And you've got an injunction that says that you have to increase those benefits. So for all you know, they have been paid. You just don't know. We have a pretty good idea from the 10-Ks that there's been no uptick in payments after the first two years. All right. Let's hear from the other side. We're 30 minutes over now. Thank you. Good morning, Your Honors, and may it please the Court. Jonathan Youngwood for the defendants and the appellee. Let me begin, Judge Garland, with the question you asked my opponent about whether or not we've ever seen this equitable accounting before. And he gave you one reference, which I don't have with me, but he referred to, I guess, docket number 242. And he said the date of it was April 11, 2011. That was before the Court ruled on the remedies stage, before this case previously came before this bench. And if that's what he wanted then and he wasn't awarded it, just like the plan administrator, which was part of the subject of the two-day hearing in July of 2011 before the district court, which he asked for and was denied, if those are things he wanted and he thought was important, then he should have appealed those things to this court back in 2012. And he would have had a ruling one way or the other, but he did not. And that is the problem, in a nutshell, of everything we're discussing. This is a come this June, a 21-year-old litigation. The prior decision from this court noted that at that point 15 years had passed and 12 district court decisions had issued. Today we are seven years later with five more district court decisions. This district court judge has weeded, waded deep into the weeds of this case. There are in the record before you, I count 14 declarations from Hilton, numerous declarations from the plaintiffs that were presented to the district court that led to the four decisions that you're looking at today. Within them, but not within your sets, are lengthy spreadsheets giving answers to many of the questions that plaintiff today says they don't know the answer to. They were presented to the district court. What was the most recent of those spreadsheets? The most recent would have been presented in connection with the briefing in 2017, where a plaintiff asked for more discovery. Discovery in a case where discovery closed in 2003, so 14 years after discovery closed, they were asking for discovery. They were asking for discovery relating to the implementation of permanent injunction. Asking for discovery relating, yes, correct, Your Honor. But to be specific, and again, I raise it because it was the subject of questions a moment ago, the declaration of Aaron Hewing submitted in June of 2017 on the joint appendix, I'm looking at page 1480, refers to an Exhibit A that goes through many of the people that plaintiff's counsel has raised before you as being people that they found. It turned out that more than half those people had, by the time this was submitted, been located by Hilton. It is true that plaintiff's counsel was not informed day by day of all the activities of the plan. Not informed, according to plaintiff's counsel and according to the record, not informed at all. That's not true, Your Honor. Until the judge got involved. Your Honor, we've been having back and forth with Mr. Bruce, some in the record, some not. My firm got involved in this case in 2009 after the summary judgment decision, monthly, weekly, daily. It is respectfully not a correct statement, but I don't know how to deal with it in this form. And when he went to the court, there were responses presented long after the court's jurisdiction had expired. So in terms of the jurisdiction of the court, is it your position that Hilton's affirmative obligations in terms of searching for people are over? Hilton will always have an obligation under the law to do its best to find beneficiaries. It has a continuing obligation to try and find anyone who came into benefits by virtue of this court's and the district court's prior orders, and it's continuing to do that. But not pursuant to the permanent injunction in this case. I mean, I'm just wanting your view on what Judge Wilkins was asking. Asking class counsel, why isn't just going to the court and asking for contempt and adequate protection for the class in terms of the fulfillment of the permanent injunction? I don't know if there's a contempt opportunity here, but if there is, I think there's always the opportunity if somebody violates a court order, I don't believe he's going to have grounds to seek contempt. So I want to be careful how I answer the question. But, yes, that for any court order and anything that involves an injunction, you know, if the injunction is to do something tomorrow and it's done, I'm not sure that's going to happen. But, Mr. Youngwood, you were very careful in answering my question to say that you had an ongoing duty as flowing from your status as a fiduciary. But my question is, don't you also have an ongoing duty more specifically from the final, the permanent injunction in this case? Yes, but I don't know that the permanent injunction in this case, other than adding people into the pool, and many people who were not going to be beneficiaries became beneficiaries by virtue of this litigation. I'm not, this litigation did a great deal to change the plan, and that's settled. That was long settled back in 2012, if not earlier. By virtue of that, Hilton has obligations that it didn't have before that happened. What I don't know that I can agree is those obligations are greater than what the law already required for people to find their plan beneficiaries. That's why I'm trying to answer carefully. There were certainly no, well, but there were specifics. There were specifics that the district court judged. By my count, at least a dozen extra PBI searches, which, of course, have cost and expense and other aspects to them, that then continued not just for that year-long bimonthly period, but again, one in December of 2016 and another in December of 2017. So those were certainly, I don't know if those were additional, even those were additional obligations. They were specified obligations. What we do not have now is specified obligations. And the concerns, how do you respond to the concerns of plaintiff's counsel that PBI had come up empty-handed and they managed to find verified addresses for the unfindable 900 or 1,000 class members? You can understand that that would put them in a position of concern on behalf of their clients with just taking PBI and Mr. Hernandez's efforts as the best that reasonably could be done. But again, focusing on that narrow example and the most recent, the fact is they hadn't found 900 people who hadn't been found.  The majority of them had been located, and there are other explanations, you know, set out extensively in the material before the district court, that was available for the district court for review and for them to contest if they wished, that was there. What I believe plaintiff is asking for is for you to appoint him plan administrator, something that he wasn't granted and didn't appeal. He wants an accounting, something he apparently hasn't asked for since 2011 and didn't ask for again until he wrote the briefs before, Your Honors. But he was consistently asking for it. I mean, you know what he was asking for. He was asking for compliance reporting. He wants to know at a more concrete level what you're doing, what's worked, what hasn't. Right? And I, Your Honor, actually, I don't know what he wants. I think what he wants is a person-by-person analysis of what everything has been done to find Mr. Smith or Mr. Jones for all of the people who haven't been located, which, in fact, is a much smaller group than his. Right, which presumably you have on your spreadsheets, and presumably you have that information. You've been keeping track of every effort that's been made, presumably, right? There are spreadsheets that we've given before, and no doubt they could be regenerated, but the district court's jurisdiction, either by law, by order of this court, or by her own decision, whichever way you want to look at it, a decision well within her discretion, has ended. And there are hundreds, if not tens of thousands, of plans like this out there that didn't have the fortune of being in front of a court for two decades. The court's involvement in this needs to end, and if there are further grievances, problems, there are remedies, and to give the easiest example, Plaintiff's Counsel, on behalf of 220 people, followed an administrative review process with the court. This is on the vesting part, which there are no questions on, so I don't want to wade into it unless there are questions. But in part of that part of the case that Plaintiff's Counsel would like to be part of this case, but the district court more than a decade ago said was not, he, on their behalf, followed an administrative procedure, went through it, and then based on those results, brought another class case before the very same district court judge. And there's a suggestion in one of the briefs that this district court judge must have gotten tired of this or something, the words are the words. Well, if she did, her reward was a new case. So I think the suggestion that after close to 20 decisions in this case, she's not giving it attention, and that's why she ended jurisdiction is not fair with due respect. But there is no basis in the law, or certainly I can say it was well within her discretion, to conclude after all the work she saw Hilton do. We're not talking about the Hilton that 20, 30 years ago wrote a plan that was later found to be in violation of the law. The Hilton that is in the Hilton plan that's appearing in front of the district court, appeared in front of the district court, was in her view, you can read the decisions, cooperative. When suggestions were made by plaintiff's counsel, they were incorporated. And when the judge went through it, although she didn't find everything perfect, she changed things. They were readily changed. She extended the requirements of the mailings by some number of years. And it is well within her discretion to say that's enough. And yes, if there's some clear contempt violation, you can go contempt. And otherwise, as the White case shows, there are other avenues to challenge this plan. There always will be. But it shouldn't be in a case that was filed in 1999. So you're still looking, you're still using PBI to fulfill your fiduciary duty. I believe PBI is still retained by the client, yes. To try to find the people that haven't been found. To try and find these people and other people that weren't even affected by this case. This case, again, there's a feeling in the briefs that this case was about everything wrong with the Hilton plan. There was something very significant wrong with that plan. It's why it cost the client a lot of money, and they had to fix the backloading problem. There were other problems in vesting, and there were certainly some problems in records. But notwithstanding all the papers that my colleague shrunk to a little book because we couldn't even carry them, and everything else that's been in the case for the last 20 years, the case is not about the Hilton plan. It's about aspects of it, and those aspects, according to the district court judge, have been handled sufficiently that her jurisdiction could end. Any other questions? Thank you, Your Honors. I already know the answer to my question, which is, is there time left? Apparently not. We'll give you two more minutes. Let me begin with a question of my own. So the district court repeatedly says that the defendants are in compliance such that the judgment is satisfied. Would we have to find clear error on the part of the district court, or that the court is misinterpreting her own judgment to give you victory here? You could find either one. We would have to find either one. I think that the sentences that she drew on for that were in the context of a motion to release a supersedious bond. I have those in front of me. It is true that they are in responding to those motions. But she is not saying it's only because of the standard for supersedious bonds that I'm saying this. She's saying that the court concludes that the defendants are in compliance. In sum, the court finds that the defendants have paid increased benefits to approximately 11,000 of the 20,000, sent notices to approximately 5,600. Defendants have unquestionably satisfied the court's judgment. As to those, 16,600. As for those who are due a payment but have not yet received their payments, the court finds the defendants are making reasonable efforts in compliance with the court's order. The court finds the facts that defendants have not yet been able to locate or pay. All of these remaining individuals is not evidence of noncompliance with the court's judgment. Now, I understand you think that it is evidence of noncompliance. But in order to hold that, we would have to rule that either the district court clearly erred or that the district court misconstrued her own judgment. Is that right? Yes. Yes. Obviously, the unquestionably satisfied is not correct. The notices did not go out to confirmed addresses. And those people were not paid. So the judgment doesn't have any intermediate category for, you know, excusing the payment. It says that all payments must be made. And if it needed to be modified to address people with deferred benefits, there should have been a motion for modification. But I think what we're going towards here, you know, is we have a permanent injunction. The council admits that there's a continuing permanent injunction requiring all of these people to be paid. And according to our records, there's 8,500 of them who haven't been paid. So that is there, but what we're going towards is a walled-off permanent injunction where the only way we can get in is through what he's calling clear contempt. And I'm saying that when this court said that the district court had remedial options and cited the Cobell case, that those remedial options include continuing supervisory jurisdiction or reopening it, and those remedial options clearly include an accounting. Do you disagree with Mr. Youngwood that you got detailed, concrete information about all the contested class members in, I think he said, 2017 was the most recent time? No, we didn't. We got some information in 2017. We didn't get the kind of updates that they had given us before. We got some information about that group of people, and there were some additional people that were paid. And so that's where we got from 55% of the people being paid to our using 60% of the people as being paid. Further questions? All right, thank you. We'll take the matter under submission. Thank you.
judges: Garland, Pillard, Wilkins